United States District Court
Southern District Of Texas
FILED

JUN 2 2 2020

David J. Bradley, Clerk

United States District Court
Southern District of Texas

**ENTERED**
June 22, 2020
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIM. ACTION NO. 7:20-MJ-01256-1 |
| § | |
| ROSBEL GARCIA § | |
| § | |
| Defendant. § | |

## ORDER

Due to the current concerns related to the COVID-19 virus at the East Hidalgo Detention Center in La Villa, Texas, the undersigned finds that there is good cause for the defendant's initial appearance to be postponed. As such, the Federal Public Defender's office is appointed to represent the defendant until an attorney can be formally appointed upon defendant's initial appearance.

**DONE** this 22nd day of June, at McAllen, Texas.

J. SCOTT HACKER
United States Magistrate Judge

1